UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2016

BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization, RODOLFO DIAZ, BRETT EISENBERG, and ANTONIA AYALA, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

UNION COMMUNITY HEALTH CENTER, INC., and ST. BARNABAS HOSPITAL, d/b/a SBH Health System, New York corporations,

                Defendants.

Case No. 15-cv-5934 (VEC) (JCF)

**ORDER OF DISMISSAL**

This action, having been settled by a separate Agreement filed as ECF No. 51, is DISMISSED with prejudice except to the extent necessary to enforce the unredacted portions of the Agreement pursuant to Section 5 thereof and Federal Rule of Civil Procedure 41(a)(1)(ii). The Court shall retain jurisdiction over the unredacted portions of the Agreement only for purposes of enforcement and dispute resolution regarding its terms pursuant to *Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

IT IS SO ORDERED.

Dated: September 19, 2016
      New York, New York

_____
Honorable Valerie E. Caproni
United States District Judge